UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **SONGBIRD TECH, LLC,**<br><br>Plaintiff<br><br>v.<br><br>**TESLA, INC.**<br><br>Defendant | **Case No. 1:26-cv-00279**<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Songbird Tech, LLC ("Plaintiff" or "Songbird") hereby asserts the following claims for patent infringement against Tesla, Inc. ("Defendant" or "Tesla"), and alleges, on information and belief, as follows:

### THE PARTIES

1.   Songbird Tech, LLC is a limited liability company organized and existing under the laws of the State of Texas with a principal place of business in Waco, Texas.

2.   Upon information and belief, Tesla, Inc. is a corporation organized under the law of the State of Texas, having a principal place of business at 1 Tesla Road, Austin, Texas 78725.

### JURISDICTION AND VENUE

3.   This Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1391 and 1400.

4.     Upon information and belief, Defendant is subject to personal jurisdiction of this Court based upon it having regularly conducted business, including the acts complained of herein, within the State of Texas and this judicial district and/or deriving substantial revenue from goods and services provided to individuals in Texas and in this District.

5.     Venue is proper in this District under 28 U.S.C. § 1391(c)(3) because Defendant is a foreign corporation.

## THE PATENT-IN SUIT

6.     Songbird is the lawful owner of all right, title, and interest in United States Patent No. 8,825,787 (the "'787 Patent"), entitled "Audio message Driven Customer Interaction Queuing System," including the right to sue and to recover for infringement thereof. The '787 Patent was duly and legally issued on September 2, 2014.

## ACCUSED PRODUCTS

7.     On information and belief, Defendant makes, uses, imports, sells, and/or offers for sale automobiles, including but not limited to the Model S, Model Y, Model 3, Model X, and Cybertruck (collectively, the "Accused Products"). These vehicles include infotainment systems with integrated applications and features that enable voice-based interactions, such as voice commands, the Grok AI Assistant, and Full Self-Driving (FSD) capabilities with voice drive-notes.

8.     On information and belief, the Accused Products are made, used, sold, offered for sale, and/or imported in the United States by Defendant.

## COUNT I – INFRINGEMENT OF U.S. PATENT NO. 8,825,787

9.     Songbird repeats and realleges the allegations of each of the above paragraphs as if fully set forth herein.

10. Claim 10 of the '787 Patent recites:

> 10. An electronic device of a user, said electronic device comprising:
>
>> a non-transitory computer readable storage medium configured to store a client application;
>>
>> at least one processor communicatively coupled to said non-transitory computer readable storage medium, said at least one processor configured to execute said client application;
>>
>> at least one input device communicatively coupled to said processor, wherein said input device comprises a microphone; and
>>
>> said client application configuring said at least one processor to:
>>
>>> locally record an audio query message received through said microphone;
>>>
>>> store said recorded audio query message on said electronic device; and
>>>
>>> transmit said stored audio query message.

11. On information and belief, the Accused Products incorporate voice-enabled features across their infotainment systems, including but not limited to the Grok AI Assistant (integrated via over-the-air updates since approximately July 2025), voice commands for navigation and media control, and the voice drive-notes feature in Full Self-Driving (FSD) Beta and Supervised modes. These features allow users to speak queries or notes, which are recorded as audio, stored locally on the vehicle's hardware, and transmitted to servers for processing, analysis, or feedback improvement. The infotainment system in the Accused Products supports a range of applications, verified

as of late 2025, including: Amazon Music, Apple Music, Apple Podcasts, Audible, LiveOne (formerly Slacker Radio), Spotify, Tidal, TuneIn, YouTube, SiriusXM (in select models), Bluetooth/USB Media, and the Grok AI Assistant. These applications, along with the core voice command system and FSD software, utilize the vehicle's microphone to capture user-spoken inputs.

12.  On information and belief, Defendant, without license or authorization, has directly infringed and continue to infringe the '787 Patent by making, using, importing, selling, and/or, offering for sale the Accused Products in the United States.

13.  On information and belief, as illustrated below with respect to the Model S (and similarly applicable to the Model Y, Model 3, Model X, and Cybertruck, which share comparable infotainment and voice processing architectures), Defendant's actions satisfy each and every element of claim 10:

*10. An electronic device of a user, said electronic device comprising:*

The Model S is an electric automobile that includes integrated computer hardware, software, and connectivity features, functioning as an electronic device for the user (e.g., the driver or passengers interacting with its systems).

*a non-transitory computer readable storage medium configured to store a client application;*

The Model S includes system memory and storage (such as solid-state drives or embedded memory modules) that store applications, including the infotainment system software, Grok AI Assistant, media apps (e.g., Spotify, Apple Music, Tidal, TuneIn, Amazon Music, Audible, Apple Podcasts, LiveOne, YouTube, SiriusXM, Bluetooth/USB Media), voice command processing software, and FSD-related applications (collectively,

"Client Applications"). This storage satisfies the claimed non-transitory computer readable storage medium.

> *at least one processor communicatively coupled to said non-transitory computer readable storage medium, said at least one processor configured to execute said client application;*

The Model S includes one or more microprocessors (e.g., AMD-based processors in recent models) and/or media control units (MCUs) that execute the stored Client Applications, handling tasks such as voice processing, AI interactions, and media playback. This satisfies the claimed processor.

> *at least one input device communicatively coupled to said processor, wherein said input device comprises a microphone; and*

The Model S is equipped with one or more built-in microphones (typically located near the rearview mirror or integrated into the cabin for voice capture), communicatively coupled to the processor. This satisfies the claimed input device comprising a microphone.

> *said client application configuring said at least one processor to:*

The Client Applications (e.g., Grok AI Assistant, voice command system, and FSD software) configure the processor to handle audio inputs as described below.

> *locally record an audio query message received through said microphone;*

The Client Applications enable local recording of audio queries or messages spoken by the user. For example: (i) The Grok AI Assistant and voice command system capture spoken queries for navigation, climate control, media selection, or general inquiries (e.g., "Navigate to the nearest charging station" or conversational interactions with Grok); (ii) In FSD modes, the voice drive-notes feature allows users to record audio

messages describing reasons for Autopilot/FSD disengagements (up to 10 seconds per note). These are recorded locally via the microphone, satisfying the claimed local recording of an audio query message.

*store said recorded audio query message on said electronic device; and*

The Client Applications store the recorded audio queries or messages in the vehicle's local memory or storage (e.g., in temporary buffers or dedicated files within the infotainment system or FSD logs), prior to further processing or transmission. For instance, voice drive-notes are stored locally before being prepared for upload, and Grok/voice command audio captures are buffered in memory for transcription or direct handling. This satisfies the claimed storage on the electronic device.

*transmit said stored audio query message.*

The Client Applications transmit the stored audio queries or messages to external servers. For example: (i) Voice drive-notes are transmitted to Tesla servers for analysis and FSD improvement (potentially transcribed via AI but including the audio clip); (ii) Grok AI interactions, while partially processed locally, involve transmission of data (including processed audio or transcripts) to xAI servers for advanced handling, subject to xAI's processing. In some cases, voice commands requiring cloud support transmit related data. The system may encrypt these transmissions for security, satisfying the claimed transmission of the stored audio query message.

14. These features are consistent across the Accused Products, with minor variations in hardware (e.g., processor types) but identical functionality for voice recording, storage, and transmission. Defendant induces infringement by providing user manuals, software updates, and support encouraging use of these voice features.

15. Songbird has been damaged by Defendants' infringing activities.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests the Court enter judgment against Defendants:

WHEREFORE, Songbird requests that this Court enter judgment against Defendant as follows:

    A.    An adjudication that Defendants have infringed the '787 patent;

    B.    An award of damages to be paid by Defendant adequate to compensate Songbird for Defendant's past infringement of the '787 patents and any continuing or future infringement through the date such judgment is entered, including interest, costs, expenses and an accounting of all infringing acts including, but not limited to, those acts not presented at trial;

    C.    A declaration that this case is exceptional under 35 U.S.C. § 285, and an award of Songbird's reasonable attorneys' fees; and

    D.    An award to Songbird of such further relief at law or in equity as the Court deems just and proper.

## JURY DEMAND

Plaintiff demands trial by jury, Under Fed. R. Civ. P. 38.

| | |
|---|---|
| Dated: February 5, 2025 | Respectfully Submitted<br><br>*/s/ Raymond W. Mort, III*<br>Raymond W. Mort, III<br>Texas State Bar No. 00791308<br>raymort@austinlaw.com<br><br>**DAIGNAULT IYER, LLP**<br>111 Congress Ave, Suite 500<br>Austin, Texas 78701<br>Tel/Fax: (512) 865-7950<br><br>**ATTORNEYS FOR PLAINTIFF** |